UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN BLESCH, TIMOTHY SMULIAN, FRANCES HERBERT, TAKAKO UEDA, SANTIAGO ORTIZ, PABLO GARCÍA, KELLI RYAN, LUCY TRUMAN, HEATHER MORGAN and MARIA DEL MAR VERDUGO,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., United States Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT M. COWAN, Center Director, National Benefits Center, United States Citizenship and Immigration Services, and DANIEL M. RENAUD, Director, Vermont Service Center, United States Citizenship and Immigration Services,<br><br>Defendants. | No. 1:12-cv-01578-CBA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ AUG 26 2013 ★<br><br>**BROOKLYN OFFICE** |

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served, Plaintiffs Edwin Blesch, Timothy Smulian, Frances Herbert, Takako Ueda, Santiago Ortiz, Pablo García, Kelli Ryan, Lucy Truman, Heather Morgan and Maria del Mar Verdugo, through their undersigned counsel, hereby dismiss without prejudice this action against Defendants pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Doc# US1 8783145v1

**CV-12-1578 (CBA)**
Dated: New York, New York
August 23, 2013

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        _____
        Eric Alan Stone
        Julie E. Fink
        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3326
        estone@paulweiss.com

        Victoria Neilson
        Tom Plummer
        IMMIGRATION EQUALITY
        40 Exchange Plaza, #1300
        New York, New York 10005-2701
        (212) 714-2904
        vneilson@immigrationequality.org
        tplummer@immigrationequality.org

        *Attorneys for Plaintiffs*

*SO ORDERED:*
*August* 26 *, 2013*   s/Carol Bagley Amon
                                        *USDJ*

2